Schoonhoven, Late of the City of Troy, N. Y., Deceased.— Motions for leave to appeal to the Court of Appeals denied.

Lena J. Ketchum, as Ancillary Administratrix, etc., of Francis J. Ketchum, Deceased, Respondent, v. Boston and Maine Railroad, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Margie Becker, Respondent, v. Triple Cities Traction Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay, pending application to Court of Appeals for leave to appeal, granted.

In the Matter of the Claim of Mary Anderson, Respondent, against Mary Wheelehan, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Margaret E. Quigley, Respondent, against Chicago Portrait Company, Appellant. State Industrial Board, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Anthony Brunowski, Respondent, against Buffalo Foundry and Machine Company, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Joe Coniglio, Respondent, against Charles V. Wagner and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Rae Jonas, Respondent, against Milton Jewelry Co. and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Antonette Cascione and Another, Appellants, against Ad Press, Inc., and Another, Respondents. State Industrial Board, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of Gasper Scondatto, Respondent, against La Belle Specialty Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of John C. McEntee, Respondent, against Tegelaar Bros., Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Ella Gilkes, Respondent, against Laurelton Homes, Inc., and Another, Appellants. State Industrial Board, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Nathan Esbinsky, Respondent, against Betty Court Garage and Another, Appellants. State Industrial Board, Respondent.*— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Elliott Beckles, Respondent, against Joseph Aragona and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Joseph Servella, Respondent, against Romaniello Contracting Company, Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.